HART & HEGEMAN MFG. CO. v. ANCHOR ELECTRIC CO. et al.

(Circuit Court of Appeals, First Circuit. August 1, 1899.)

No. 238.

Petition for rehearing denied.
For former opinion, see 34 C. C. A. 606, 92 Fed. 657.